**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JASON M. MILLER**                                                          **PETITIONER**

**v. CIVIL ACTION NO. 1:25-CV-0014-SA-DAS**

**PRENTISS COUNTY, et al.**                                          **RESPONDENTS**

**ORDER GRANTING PETITIONER'S MOTION
TO PROCEED *IN FORMA PAUPERIS* AND
DIRECTING STATE TO RESPOND**

Jason M. Miller has filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 and

seeks to proceed *in forma pauperis*. It is **ORDERED:**

1. That the petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.

2. No later than May 15, 2025, the respondent, through Lynn Fitch, the Attorney General of

the State of Mississippi, must file an answer to this petition, along with full transcripts of all

proceedings in the state courts of Mississippi arising from the charges of aggravated assault, shooting

into a dwelling, possession of a stolen firearm, felon with weapon, possession of meth with intent,

possession of cocaine with intent, possession of MDMA with intent, possession of marijuana with

intent, gun enhancement, and trafficking meth against the petitioner in the Circuit Court of Prentiss,

Mississippi (to the extent such transcripts are relevant to the State's response).

3. Within 14 days of service upon him of a copy of respondent's answer, petitioner may file

his traverse or reply to the allegations contained in such answer.

4. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the

petition, this order, acknowledgment of service of process form, and any other initial filings, upon

Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant

Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the

completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 24th day of February, 2025.

**s/ David A. Sanders**
**UNITED STATES MAGISTRATE JUDGE**