IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JASON M. MILLER**                                                                      **PETITIONER**

v.                                                                                                       No. 1:25CV14-SA-DAS

**PRENTISS COUNTY, ET AL.**                                                  **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED**, this, the 3rd day of December, 2025.

                                                      /s/ Sharion Aycock
                                                      SENIOR UNITED STATES DISTRICT JUDGE